JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | | |
|---|---|---|
| CHARLES E. CRAYON, | ) | NO. CV 15-9919-JFW (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| DAVE DAVEY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: January 6, 2016.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE